UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA


                    CHAO    v.   COUTURIER, et al.

DATE:    April 28, 2009        CASE NO.   2:08-cv-02732-RRB-GGH

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RE MOTION PRACTICE**

---

The above case has been assigned to the Honorable Ralph R. Beistline. Due to the fact that Judge Beistline is located in the District of Alaska and resides in Anchorage, Alaska, motion practice on motions to be heard by Judge Beistline will be handled as set forth below.

Parties are to file motions without obtaining a hearing date. Oppositions to motions shall be filed within 15 days of service, and replies shall be filed within 5 days of service. The motions will be ruled upon based on the filings. However, if a hearing is desired by any party, a request for oral argument shall be filed. If it is determined that oral argument is necessary, a hearing will be scheduled and notice given to parties. Hearings will be held and recorded in Anchorage, Alaska, <u>with parties and counsel attending telephonically</u>, unless it is determined that Judge Beistline needs to be physically present in Sacramento for the hearing.