IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of the United States Department of Labor,<br><br>           Plaintiff,<br><br>vs.<br><br>CLAIR R. COUTURIER JR., et al.,<br><br>           Defendants. | Case No. 2:08-cv-02732-RRB-GGH<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

   Before the Court is a request for the setting of a combined settlement conference in this action and in case 2:05-cv-2046. After reviewing the parties' briefs, the Court concludes that a settlement conference could be useful in both cases.

   At his earliest convenience, Magistrate Judge Hollows shall select another Magistrate Judge to serve as the settlement judge. The settlement judge shall then set a date for the settlement conference on the earliest convenient date.

   In preparation for the scheduling of a settlement conference before the settlement judge, each party shall submit to the settlement judge's chambers a confidential settlement brief on or

ORDER RE SETTLEMENT CONFERENCE - 1
2:08-cv-2732-RRB-GGH

before **October 9, 2009.**  This settlement brief shall not be filed with Court or served on opposing parties.  The settlement brief shall be on 8-1/2 x 11 inch paper, double-spaced, and shall not exceed 20 pages, including attachments.

In an effort to determine the realistic settlement possibility, the parties **must** make a full disclosure of their best evaluation of the potential outcome of the case and what they are will to take to settle.  All of the strengths and weaknesses of one's case must be discussed candidly in the party's settlement brief and be given appropriate effect in one's settlement position as to the worth of the case.

If Plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth.  If Plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendants must set forth a present reasonable dollar figure offer.  Likewise, if Defendants are unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

The settlement conference judge will undertake a preliminary review of the settlement conference memoranda.  A settlement

conference will be scheduled only if, on the basis of the memoranda, it appears that there is a reason to believe that, with the assistance of the court, a settlement of the case can be negotiated.

A party's settlement memorandum may not be disclosed to anyone without the party's consent and is not admissible in evidence. The confidential settlement briefs will be destroyed by the settlement judge after any held settlement conference.

At any conference resulting from this order, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

ENTERED this 25th day of September, 2009.

> S/RALPH R. BEISTLINE
> UNITED STATES DISTRICT JUDGE