1  CYNTHIA J. LARSEN (SBN 123994)
   STACY E. DON (SBN 226737)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:   (916) 447-9200
4  Facsimile:   (916) 329-4900
   Email: clarsen@orrick.com
5
   Attorneys for Nominal Defendants
6  Noll Manufacturing Company, N&NW Manufacturing Holding
   Company, Inc., The Employee Ownership Holding Company,
7  Inc. and The Employee Ownership Holding Company, Inc.
   Employee Stock Ownership Plan ant Trust
8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  GREGORY JOHNSON, et al., | Case No. 2:05-cv-02046 RRB GGH |
| 14  Plaintiffs, | (Lead Case-Consolidated) |
| 15  v. | **STIPULATION AND** |
| | **ORDER CONSOLIDATING CASES** |
| 16  CLAIR R. COUTURIER, JR., et al., | **FOR SETTLEMENT** |
| 17  Defendants. | |
| 18  DARLEEN STANTON, | Case No. 2:07-cv-01208-WBS-JFM |
| 19  Plaintiff, | (Consolidated under |
| | 2:05-cv-0246 RRB GGH) |
| 20  v. | |
| 21  CLAIR R. COUTURIER, JR., et al., | |
| 22  Defendants. | |
| 23  HILDA L. SOLIS, Secretary of the United States Department of Labor, | Case No. 2:08-cv-02732-RRB-GGH |
| 24  | |
| 25  Plaintiff, | |
| 26  v. | |
| 27  CLAIR R. COUTURIER, JR., et al., | |
| 28  Defendants. | |

OHS West:260794504.1

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES FOR SETTLEMENT
2:05-CV-02046 & 2:08-CV-02732 RRB GGH

1  The parties to the captioned cases hereby stipulate as follows:

2  The Court previously consolidated for all purposes the action titled *Johnson, et al., vs. Couturier, et al.*, No. 2:05-cv-02046 RRB GGH (E.D. Cal.) with the action titled *Stanton vs. Couturier*, No. 2:07-cv-01208 WBS-JFM (E.D. Cal.) (collectively, the "Action").

The United States Department of Labor subsequently filed an action titled *Hilda Solis, Secretary of Labor v. Couturier, et al.*, Case No. 2:08-cv-02732 RRB-GGH (E.D. Cal.) (the "DOL Action"), which case was deemed "related" to the Action under the Local Rules such that it was assigned to the same judge to which the Action was assigned.

The parties to the Action and the DOL Action (collectively "the Actions") recently participated in a mediation process before the Honorable Kimberly J. Mueller that has led to a global resolution of the Actions consisting of a Settlement Agreement in the Action and three Consent Judgments in the DOL Action, all of which are subject to Court approval. Certain of the settlement terms are common to both the Action and the DOL Action, and the effectiveness of the Settlement Agreement and Consent Judgments are contingent on the Court approving the terms of all of them. The global resolution calls for a hearing before the Court at which affected current and former participants in The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan and Trust will be provided the opportunity to object to certain settlement provisions.

The parties hereby stipulate and agree to the consolidation of the Actions for the purpose of the Court's consideration of whether to approve the proposed global resolution of them.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 17,. 2009 | RON KILGARD |
| 2 | | GARY A. GOTTO |
| | | GARY D. GREENWALD |
| 3 | | KELLER ROHRBACK, LLP |

/s/ Gary D. Greenwald
_____
GARY D. GREENWALD
Attorneys for Plaintiffs
Gregory Johnson, Edward Rangel, Kelly Morrell
and Darleen Stanton

Dated: December 17, 2009      TERENCE J. DEVINE
                              DEVINE, MARKOVITS & SNYDER LLP


/s/ Terence J. Devine
_____
Terence J. Devine
Attorneys for Plaintiff
William Rodwell

Dated: December 17, 2009      THEODORE M. BECKER
                              JULIE GOVREAU
                              MORGAN, LEWIS & BOCKIUS, LLP


/s/ Theodore M. Becker
_____
THEODORE M. BECKER
Attorneys for Defendant
Clair R. Couturier, Jr.

Dated: December 17, 2009      CHRISTOPHER J. RILLO
                              SCHIFF HARDIN LLP


/s/ Christopher J. Rillo
_____
CHRISTOPHER J. RILLO
Attorneys for Defendant
David R. Johanson

Dated: December 17, 2009      NATALIE P. VANCE
                              KLINEDINST, PC


/s/ Natalie P. Vance
_____
NATALIE P. VANCE
Attorneys for Defendant
Johanson Berenson LLP

| | | |
|---|---|---|
| 1 | Dated: December 17, 2009 | CYNTHIA J. LARSEN |
| 2 | | STACY E. DON |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | /s/ Cynthia J. Larsen |
| | | CYNTHIA J. LARSEN |
| 5 | | Attorneys for Nominal Defendants |
| | | Noll Manufacturing Company, N&NW |
| 6 | | Manufacturing Holding Company, Inc., The |
| | | Employee Ownership Holding Company, Inc. and |
| 7 | | The Employee Ownership Holding Company, Inc. |
| | | Employee Stock Ownership Plan and Trust |
| 8 | | |
| | Dated: December 17, 2009 | ROBERT B. MILLER |
| 9 | | BULLIVANT HOUSER BAILEY, PC. |
| 10 | | |
| 11 | | /s/ Robert B. Miller |
| | | ROBERT B. MILLER |
| 12 | | Attorneys for Nominal Defendant |
| | | Noll Manufacturing Company Employee Stock |
| 13 | | Ownership Plan and Trust |
| 14 | Dated: December 17, 2009 | MICHAEL A. SCHLOSS |
| | | MEGAN E. GUENTHER |
| 15 | | U.S. DEPARTMENT OF LABOR |
| 16 | | |
| 17 | | /s/ Michael A. Schloss |
| | | MICHAEL A. SCHLOSS |
| 18 | | Attorneys for Plaintiff |
| | | U.S. Department of Labor |
| 19 | | |
| 20 | Dated: December 17, 2009 | MATTHEW G. JACOBS |
| | | STEVENS, O'CONNELL & JACOBS LLP |
| 21 | | |
| 22 | | /s/ Matthew G. Jacobs |
| | | MATTHEW G. JACOBS |
| 23 | | Attorneys for Defendant |
| | | Robert E. Eddy |

**ORDER**

Based on the foregoing stipulation, and good cause appearing therefor, the Court hereby orders *Hilda Solis, Secretary of Labor v. Couturier, et al.*, Case No. 2:08-cv-02732 RRB-GGH (E.D. Cal.) (the "DOL Action") be consolidated with the previously consolidated actions *Johnson, et al., v. Couturier, et al.*, No. 2:05-cv-02046 RRB-GGH (E.D. Cal.) and *Stanton v. Couturier*, No. 2:07-cv-01208 WBS-JFM (E.D. Cal.) (collectively, the "Action"), for the purpose of the Court's consideration of whether to approve the global resolution of both the Action and the DOL Action.

SO ORDERED this 29 day of December, 2009.

/s/ RRB
_____
Hon. Ralph R. Beistline, U.S.D.J.