MICHAEL SCHLOSS, CA Bar No. 134124
ROBERT FURST
MEGAN E. GUENTHER
ROBYN M. SWANSON
U.S. Dept. of Labor, Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013
202-693-5603
202-693-5610 (FAX)
Email: schloss.michael@dol.gov

DANIELLE L. JABERG, CA Bar No. 256653
U.S. Dept. of Labor, Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
415-625-7750
415-625-7772 (FAX)
Email: jaberg.danielle@dol.gov

Attorneys for Plaintiff, Secretary
of the United States Department of Labor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR, *et al.*<br><br>Defendants. | Civil Action No. 2:08-cv-02732-RRB-GGH<br><br>**CONSENT JUDGMENT & ORDER BETWEEN THE SECRETARY AND DEFENDANTS MATTHEW DONNELLY AND BUSINESS APPRAISAL INSTITUTE**<br><br>Honorable Judge Ralph R. Beistline |

Plaintiff, Hilda L. Solis, Secretary of the United States Department of Labor ("Secretary"), and Defendants Matthew Donnelly and Business Appraisal Institute ("Settling

**CONSENT JUDGMENT & ORDER – DEFENDANTS DONNELLY AND BAI**
Civil Action No. 2:08-CV-02732-RRB-GGH

Defendants") have agreed to settle the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

*WHEREAS*, the Secretary filed her Complaint against Settling Defendants, among others, on November 13, 2008 and filed her Amended Complaint against Settling Defendants, among others, on December 22, 2008 ("Amended Complaint"), pursuant to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq., as amended, wherein she alleged that Settling Defendants violated provisions of Title I of ERISA while acting as service providers to the The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan (the "Plan"), which is an employee benefit plan subject to Title I of ERISA;

*WHEREAS*, the Secretary is also investigating and considering filing additional complaints against Settling Defendants in connection with other matters including, but not limited to the:

- JBM Employee Stock Ownership Plan,
- JBM Eligible Individual Account Plan,
- DirecTECH Employee Stock Ownership Plan,
- Comm-Craft Employee Stock Ownership Plan,
- DirecTECH Southwest Employee Stock Ownership Plan,
- Michigan Microtech Employee Stock Ownership Plan,
- DirecTECH Holding Company Employee Stock Ownership Plan,
- DirecTECH Holding Company Eligible Individual Account Plan,
- Bruister and Associates Employee Stock Ownership Plan,
- Bruister and Associates Eligible Individual Account Plan,
- Digital Satellite Services ESOP, and the

- Digital Satellite Services Eligible Individual Account Plan.

*WHEREAS*, upon consideration of the record, and as agreed to by the parties, the Court finds that it has jurisdiction over the parties and the subject matter of this civil action;

*WHEREAS*, the Secretary and Settling Defendants have negotiated an agreement to settle all claims and issues between them arising from the matters alleged in the Secretary's Amended Complaint;

*WHEREAS*, the Secretary and Settling Defendants represent to the Court that this Consent Judgment & Order is the sole and complete memorialization of the agreement negotiated between them;

*WHEREAS*, the Secretary and Settling Defendants expressly waive Findings of Fact and Conclusions of Law and consent to the entry of this Consent Judgment & Order as a full and complete resolution of the Secretary's claims against Settling Defendants alone;

*WHEREAS*, Settling Defendants expressly acknowledge and represent that they have read this Consent Judgment & Order and understand its provisions and each of the undersigned attorneys expressly acknowledges and represents that they are authorized and empowered to execute this Consent Judgment & Order on behalf of the party represented and that they have fully disclosed any conflicts of interest relating to their representation for purposes of executing this Consent Judgment & Order.

*ACCORDINGLY*, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Court has jurisdiction over the parties to this Consent Judgment & Order and subject matter of this action and is empowered to provide the relief herein.

2. Settling Defendants shall pay no monetary amount in connection with this Consent Judgment & Order.

3. Settling Defendants are hereby immediately and permanently enjoined and restrained from future service as a fiduciary of, or service provider to, any ERISA-covered employee benefit plan. Specifically, Settling Defendants are hereby immediately and permanently enjoined and restrained from directly or indirectly, individually or through any entity or any other person:

(a) serving or acting, for compensation or otherwise, as a fiduciary, service provider, administrator, officer, trustee, custodian, counsel, agent, employee or representative in any capacity to any employee benefit plan covered by ERISA;

(b) serving or acting, for compensation or otherwise, as a consultant or adviser to any employee benefit plan covered by ERISA or in connection with any matter involving an employee benefit plan;

(c) serving or acting, for compensation or otherwise, in any capacity that involves decision making authority or custody or control of the monies, funds, assets or property of any employee benefit plan covered by ERISA; and,

(d) selling, promoting, marketing or providing any product or service to, making any recommendation to, or bringing any product, service or investment to the attention of, any employee benefit plan covered by ERISA or to any person acting on behalf of such plan, or facilitating or encouraging any expenditure or investment by any employee benefit plan covered by ERISA.

4. All of the parties in this litigation and, as applicable, their agents, representatives, assigns and successors in interest, are permanently and forever barred and enjoined from filing, commencing, instituting, prosecuting, or maintaining, either directly, indirectly, representatively, or in any other capacity, any claim against Settling Defendants arising under state, federal or common law, however styled, and in any forum, whether for indemnification or contribution or otherwise denominated, where the claim is based upon, arises out of, or relates to the facts, transactions and occurrences referred to in the Secretary's Amended Complaint, and the claim seeks to recover from Settling Defendants (i) any amount such person may become liable to pay pursuant to a settlement or judgment in the Secretary's action or (ii) any costs, expenses, or attorneys' fees from defending any claim by the Secretary.

5. Settling Defendants, and, as applicable, their agents, representatives, assigns and successors in interest, are permanently and forever barred and enjoined from filing, commencing, instituting, prosecuting, or maintaining, either directly, indirectly, representatively, or in any other capacity, any claim against any of the non-settling Defendants arising under state, federal or common law, however styled, and in any forum, whether for indemnification or contribution or otherwise denominated, where the claim is based upon, arises out of, or relates to the facts, transactions and occurrences referred to in the Secretary's Amended Complaint, and the claim seeks to recover (i) any amount Settling Defendants have paid pursuant to this Consent Judgment & Order or (ii) any costs, expenses, or attorneys' fees from defending any claim by the Secretary.

6. Settling Defendants, and, as applicable, their agents, representatives, assigns and successors in interest, are hereby barred from asserting against the Secretary and her officers, agents, attorneys, employees, and representatives, both in their individual and governmental

capacities, all actions, claims and demands of whatsoever nature, including those arising under the Equal Access to Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412, or any statute, rule or regulation, that relate in any manner to the filing, prosecution, and maintenance of this matter, any other proceeding or investigation incident thereto, and any other proceeding or investigation conducted by the Secretary regarding Settling Defendants including, but not limited to, the Secretary's proceedings and investigations regarding the:

- JBM Employee Stock Ownership Plan,
- JBM Eligible Individual Account Plan,
- DirecTECH Employee Stock Ownership Plan,
- Comm-Craft Employee Stock Ownership Plan,
- DirecTECH Southwest Employee Stock Ownership Plan,
- Michigan Microtech Employee Stock Ownership Plan,
- DirecTECH Holding Company Employee Stock Ownership Plan,
- DirecTECH Holding Company Eligible Individual Account Plan,
- Bruister and Associates Employee Stock Ownership Plan,
- Bruister and Associates Eligible Individual Account Plan,
- Digital Satellite Services ESOP, and the
- Digital Satellite Services Eligible Individual Account Plan.

7. In calculating the amount of the Plan's alleged losses in the Secretary's action against the non-settling Defendants, such alleged losses shall not be reduced to reflect the Secretary's settlement with Settling Defendants. Furthermore, the Secretary waives any entitlement to recover, and shall not recover, an aggregate amount from all of the non-settling Defendants in her action that exceeds the total amount of the Plan's alleged losses (including

any loss of principal, interest or earnings), as calculated by the Secretary, regardless of whether the basis for recovery from any particular non-settling Defendant is to compensate the Plan for its alleged losses, to compel the disgorgement of unjust earnings, or any other basis. Nothing in this Consent Judgment & Order, however, is intended to otherwise limit the personal, joint and several liability of any non-settling Defendant.

8. Nothing in this Consent Judgment & Order shall be construed as a declaration by the signatories to this Consent Judgment & Order that any person not a signatory hereto has any defense or affirmative defense, any right or basis for contribution or indemnity or any other basis for recovery from the Plan, any Plan fiduciary, any person signatory hereto, or the Secretary.

9. In the event that, for any reason whatsoever, the Court declines to approve this Consent Judgment & Order or it is reversed on appeal, then this Consent Judgment & Order shall be deemed null and void and (a) the Secretary will be free to pursue all of the claims alleged in her action and to seek all relief prayed for in her action from Settling Defendants including her claims for non-monetary and monetary relief, (b) Settling Defendants will be free to assert all of their defenses of any kind to the Secretary's claims other than defenses arguing that any part of this Consent Judgment & Order, or any bar order issued pursuant to this Agreement, can be construed to release, interfere with, qualify, or bar the prosecution of claims by the Secretary for any type of remedy, monetary or non-monetary set forth in her action; and, (c) the provisions of this Consent Judgment & Order shall be of no further force or effect and shall not be admissible in evidence in any action pending or filed against Settling Defendants.

10. Provisions of this Consent Judgment & Order requiring notice to the Settling Defendants shall be satisfied by delivering it in writing to the Settling Defendants in care of:

```
 1        Matthew J. Donnelly
          16 Crest Lane
 2        Fanwood, NJ 07023

 3   with a duplicate delivered to:

 4        Larry Israel, Attorney
 5        Larry Israel & Associates
          4454 Deer Ridge Road
 6        Blackhawk, CA 94506
          Phone: (925) 648-7582
 7        Fax:   (925) 648-7584

 8
     Provisions of this Consent Judgment & Order requiring notice to the Secretary shall be satisfied
 9
     by delivering it in writing to:
10
          Regional Director, EBSA
11        San Francisco Regional Office
          90 7th St, Ste 11-300
12        San Francisco, CA 94103
13        Phone: (415) 625-2481
          Fax:   (415) 625-2450
14

15   with a duplicate delivered to:

16        Associate Solicitor
17        U.S. Department of Labor
          Office of the Solicitor
18        Plan Benefits Security Division
          200 Constitution Avenue, N.W., Room N-4611
19        Washington, DC 20210
20        Phone: (202) 693-5600
          Fax:   (202) 693-5610
21
                      and
22
23        Regional Solicitor
          U.S. Department of Labor
24        Office of the Solicitor
          San Francisco Regional Office
25        90 7th Street, Suite 3-700
26        San Francisco, CA 94103
          Phone: (415) 625-7740
27        Fax:   (415) 625-7772

28
```

**CONSENT JUDGMENT & ORDER – DEFENDANTS DONNELLY AND BAI**
Civil Action No. 2:08-CV-02732-RRB-GGH

1  Delivery shall be made by facsimile transmission or reliable overnight express courier service.
2  The parties to this Consent Judgment & Order may, as they deem necessary, change from time to
3  time the designation of persons to receive notice on their behalf by filing with the Court
4  notification of such change and serving a copy thereof on the other party or parties to this
5  Consent Judgment & Order, by delivery to the address to which notice would be sent.

11. This Consent Judgment & Order constitutes a full, final and complete judicial resolution of all of the civil claims alleged in the Secretary's Amended Complaint against the Settling Defendants in this action as well as in all other matters in which the Secretary is currently investigating and considering filing additional complaints against Settling Defendants including, but not limited to such claims related to:

- JBM Employee Stock Ownership Plan,
- JBM Eligible Individual Account Plan,
- DirecTECH Employee Stock Ownership Plan,
- Comm-Craft Employee Stock Ownership Plan,
- DirecTECH Southwest Employee Stock Ownership Plan,
- Michigan Microtech Employee Stock Ownership Plan,
- DirecTECH Holding Company Employee Stock Ownership Plan,
- DirecTECH Holding Company Eligible Individual Account Plan,
- Bruister and Associates Employee Stock Ownership Plan,
- Bruister and Associates Eligible Individual Account Plan,
- Digital Satellite Services ESOP, and the
- Digital Satellite Services Eligible Individual Account Plan,

as well as any other civil claims arising under Title I of ERISA based upon Settling Defendants'

conduct or omissions that occurred prior to the effective date of this Consent Judgment & Order. All such claims are hereby released, settled and dismissed with prejudice. Neither the Secretary nor Settling Defendants waive any claims against any other persons. Except as provided herein, the Secretary's claims for monetary and injunctive relief and the Settling Defendants' claims for monetary and equitable relief against any other persons are expressly preserved. Except as provided herein, nothing in this Consent Judgment & Order is, nor is to be construed as, an admission or acknowledgment that any person or entity is in any way released from any liability or wrongdoing except for the Settling Defendants who are released as described and the Secretary who is released as described. Nothing in this Consent Judgment & Order shall be construed or interpreted as either an admission or denial by the Settling Defendants of any claims made by the Secretary.

12. Settling Defendants and, where applicable, their agents, beneficiaries, representatives, assigns and successors in interest, do hereby release the Secretary and the Secretary's officers, agents, attorneys, employees, and representatives, both in their individual and governmental capacities, from all actions, claims and demands of whatsoever nature, including those arising under any statute, rule or regulation, that relate in any manner to the filing, prosecution, and maintenance of this civil action or any other proceeding or investigation incident thereto or relating or incidental to any and all other matters in which the Secretary is currently investigating and considering filing additional complaints against Settling Defendants including, but not limited to the:

- JBM Employee Stock Ownership Plan,
- JBM Eligible Individual Account Plan,
- DirecTECH Employee Stock Ownership Plan,
- Comm-Craft Employee Stock Ownership Plan,
- DirecTECH Southwest Employee Stock Ownership Plan,

- Michigan Microtech Employee Stock Ownership Plan,
- DirecTECH Holding Company Employee Stock Ownership Plan,
- DirecTECH Holding Company Eligible Individual Account Plan,
- Bruister and Associates Employee Stock Ownership Plan,
- Bruister and Associates Eligible Individual Account Plan,
- Digital Satellite Services ESOP, and the
- Digital Satellite Services Eligible Individual Account Plan.

In particular, as to all of these matters, Settling Defendants expressly waive any and all claims of any nature that they may have against the Secretary, or any of the Secretary's officers, agents, employees, or representatives arising under the Equal Access To Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412.

13. The Secretary and Settling Defendants shall bear their own costs, expenses, and attorney's fees in connection with this action and any other proceeding or investigation incident thereto.

14. This Court shall retain jurisdiction over the parties and subject matter of this action for the purpose of enforcing the terms of this Consent Judgment & Order.

15. By entering into this Consent Judgment & Order, Settling Defendants represents that they have been informed by Counsel of the effect and purpose of this Consent Judgment & Order and agree to be bound by its terms.

16. This Consent Judgment & Order is not binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

CONSENT JUDGMENT & ORDER – DEFENDANTS DONNELLY AND BAI
Civil Action No. 2:08-CV-02732-RRB-GGH

17. This Consent Judgment & Order may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same instrument.

The Court finds that there is no just reason to delay the entry of this Consent Judgment & Order and, pursuant to Rule 54(b), Fed. R. Civ. P., expressly directs the entry thereof as a final Consent Judgment & Order.

SO ORDERED this 26 day of January, ~~2009~~ 2010

S/RRB
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

//
//
//
//

CONSENT JUDGMENT & ORDER – DEFENDANTS DONNELLY AND BAI
Civil Action No. 2:08-CV-02732-RRB-GGH